OPINION — AG — QUESTION: "CAN 19 O.S. 1961 180.42 [19-180.42](H) AUTHORIZE THE SALARY OF THE OFFICIAL COURT REPORTER OF THE COURT OF COMMON PLEAS LOCATED IN TULSA COUNTY TO BE PAID "OUT OF THE COURT FUND OF SAID COUNTY"?" — AFFIRMATIVE CITE: 20 O.S. 1961 665 [20-665], 20 O.S. 1961 703 [20-703], 19 O.S. 1961 180.61 [19-180.61], 19 O.S. 1961 180.65 [19-180.65], OPINION NO. 63-381, 19 O.S. 1961, 180.58-180.68 [19-180.58] — [19-180.68] (FRED HANSEN)